# Gregory Allen Royal, Esq.

8100 N. Mopac Expy., Apt. 277, Austin, TX 78759 • (737)808-6700 • gregoryaroyalesq@outlook.com

## Objective

An experienced IP attorney and former USPTO patent examiner with more than 5 years of
IP experience and 15 years of IT experience who appreciates challenge and welcomes immediate
responsibility seeks to leverage his diverse background to make a positive contribution and establish a
career within a future oriented and fast paced environment.

## Legal Experience

**Gregory Allen Royal, Esquire**                                                    Austin, Texas
*Attorney At Law*                                                          April 2018 - Current

- Advised clients of their intellectual property rights regarding trademark registration, trade secrets,
  copyright, and invention patentability
- Drafted patent claims, trademark applications, and trademark and patent responses to Office
  Actions
- Drafted pleadings, motions, discovery documents, and briefs filed with federal and state courts
- Advised and represented clients in contract, family law, and personal injury disputes and
  incorporation of small businesses

*Electronic Discovery/Document Review*
- Reviewed discovery and production documents pertaining to accusations of patent infringement
  (electrical, mechanical, biotechnological, and pharmaceutical arts), antitrust matters, contract
  disputes, corporate bankruptcy and restructuring, Employee Retirement Income Security Act
  (pensions, retirement, health, and welfare plans), corporate compliance with Foreign Corrupt
  Practices Act, and oil/gas torts
- Completed privilege logging and quality control checks for final review
- Proficient in Autonomy®, Clearwell®, Concordance®, Disco™, DocHunter™, Documatrix®,
  Leverage™, Lextranet®, Relativity®, Ringtail™, Stratify™, and V3locity® eDiscovery platforms

**Toler Law Group, Intellectual Properties**                                        Austin, Texas
*Patent Attorney*                                                         May 2016 - April 2018
- Prosecuted more than 90 percent of patent applications to Letters Patent within two Office Action
  Responses
- Overcame 95 percent of 35 U.S.C. § 101 rejections in one Office Action Response and 100 percent
  of 35 U.S.C. § 101 rejections within two Office Action Responses
- Drafted continuing patent applications and responded to Office Actions and other correspondence
  from the USPTO
- Drafted amendments/responses under Article 34 and Rule 66 of the PCT to written opinions of the
  ISA/IPEA
- Provided confidential prosecution strategy regarding international patent application matters to
  corporate counsel and foreign associates
- Specialized in technologies including computer hardware and software, microelectronic circuits,
  memory systems, wireless communication systems, antenna design, virtual reality devices, signal
  processing, hydraulic systems, and user interfaces

**United States Patent and Trademark Office**                                    Alexandria, Virginia
*Patent Examiner*                                             September 2013 - September 2014
- Examined patent application subject matter and related prior art within classes 374 (Thermal Measuring
  and Testing) and 73 (Measuring and Testing) for claimed invention patentability
- Drafted Office Actions based on MPEP guidelines and patent law

**Jordan IP Law, LLC**                                                           Washington, D.C.
*Independent Contract Patent Attorney (Temporary Job)*              April 2013 - September 2013
- Drafted responses to Office Actions related to technical arts such as electric power conversion systems, power supply/regulation systems, RF communication systems, optical systems, circuits, semiconductors, superconductors, data processing control systems, analog/digital processing systems, and computer hardware/software
- Drafted appeal briefs filed with and argued before the PTAB

**Oliff & Berridge, PLC**                                                       Alexandria, Virginia
*Associate*                                                               May 2012 - November 2012
- Prosecuted patent applications in the electrical and mechanical arts
- Coordinated foreign filings and prosecution through associates in Europe and South America
- Provided advice to clients concerning USPTO Office Actions
- Evaluated patent term adjustments related to delayed USPTO patent application examination

**Circuit Court of Cook County, Chancery Division**                           Chicago, Illinois
*Judicial Externship under the Honorable Judge Jesse G. Reyes*        January 2008 - April 2008
- Verified creditor compliance with the Illinois Mortgage Foreclosure Law in more than 100 cases
- Drafted memoranda of law on Illinois law related to mortgage foreclosure

## Education

**The John Marshall Law School**                                              Chicago, Illinois
*LL.M., Intellectual Property Law, honors,* GPA: 3.7/4.0                             May 2009
*J.D., cum laude,* GPA: 3.5/4.0, Top 15%                                          January 2009
    Certificate in Intellectual Property Law

*Chinese Intellectual Property Study Program, Beijing, China*                     Summer 2008
    Studied comparative IP protection and litigation issues between the U.S. and China

- **Moot Court Honors Council**                                    August 2007 - December 2008
  *National Competition*                                                            Fall 2008
      Regional Rounds' Quarter-finalist

  *Robert F. Wagner National Labor & Employment Law Moot Court Competition*     Spring 2008
      Third Best Petitioner's Brief and Octo-finalist

  *Professor's Assistant for Herzog Moot Court Competition*                      Spring 2008
      Judged students during oral arguments and coached students in Appellate Advocacy

- **Trial Advocacy and Dispute Resolution Honors Council**             August 2006 - May 2007

**University of Louisiana at Lafayette**                                      Lafayette, Louisiana
*B.S. Electrical Engineering (Telecommunications Option)*
*Engineer-In-Training (EIT) Certification,* Louisiana, No. 14501T

## Bar Admission

U.S. Patent and Trademark Office (reg. no. 73205) - 2014
Supreme Court of Illinois (reg. no. 6300723) - 2009

3/6/2020                          Mail - GA R - Outlook

↰ Reply all  ∨    🗑 Delete    ⃠ Junk    Block    ⋯

Cobra Legal Solutions is hiring for Texas Bared Document Review Attorneys. 21 more attorney jobs in Austin, TX.

## indeed

# 22 new attorney jobs in Austin, TX

## Attorney - Personal Injury Law

Lorenz & Lorenz, LLP ✩✩✩✩✩  19 reviews  - Austin, TX 78746

Austin based personal injury law firm is looking for an ambitious personal injury **attorney** to handle a docket of pre-suit and litigation cases.

Easily apply

Sponsored

## Texas Bared Document Review Attorneys

Cobra Legal Solutions - Austin, TX 78759

$27 - $28 an hour

For an immediate start on a document review project in our Austin review center. The ideal candidate will be an **attorney** with an active Texas bar admission in…

Easily apply

Mar 6

## Attorney I - V (Protective Order)

Travis County ✩✩✩✩✩  96 reviews  - Austin, TX 78701

$63,638 - $95,524 a year

From an accredited law school AND four (4) years licensed **attorney** work experience. Business letter writing, grammar and punctuation, and report preparation.

Mar 6

# ATTORNEYS - DOCUMENT REVIEW for INT'L CO

8/16/2021                                                          Mail - GA R - Outlook

## Re: Document Review Project

**GA R** <gregoryaroyalesq@outlook.com>
Fri 3/6/2020 8:59 PM
To: Paula Diaz <paula.diaz@cobralegalsolutions.com>; EEOC - I I G <info@eeoc.gov>; Texas Workforce Commission
<TWC@public.govdelivery.com>; Law360 Newsroom <newsroom@law360.com>; news@kvue.com <news@kvue.com>;
defenders@kvue.com <defenders@kvue.com>; newstips@statesman.com <newstips@statesman.com>;
investigates@statesman.com <investigates@statesman.com>; aball@statesman.com <aball@statesman.com>;
ewebb@statesman.com <ewebb@statesman.com>; rvillalpando@statesman.com <rvillalpando@statesman.com>;
bswicegood@gatehousemedia.com <bswicegood@gatehousemedia.com>; bsechler@statesman.com
<bsechler@statesman.com>; jschwartz@statesman.com <jschwartz@statesman.com>; tplohetski@statesman.com
<tplohetski@statesman.com>; news@cbsaustin.com <news@cbsaustin.com>; ktbcnews@foxtv.com <ktbcnews@foxtv.com>;
contactus@ksat.com <contactus@ksat.com>; defenders@ksat.com <defenders@ksat.com>;
contact.us@cobralegalsolutions.com <contact.us@cobralegalsolutions.com>

📎 1 attachments (93 KB)
Mail - GA R - Outlook - Cobra Legal Solutions _Texas Barred to Discrimination and Retaliate Against Gregory Royal.pdf;

5 March 2020

EEOC and Texas Workforce Commission,

Cobra Legal Solutions is located at 8501 N Mopac Expy #400, Austin, TX 78759.

Cobra Legal Solutions has been discriminating and retaliating against me based on my race and
opposition conduct protected by Title VII for about a year. Cobra Legal Solutions previously solicited for
Document Reviewers in Austin, Texas, who were licensed any where in the United States and its
territories. After I notified Cobra Legal Solutions that it has been consistently and maliciously with its
racist intent discriminating and retaliating against me, Cobra Legal Solutions now seeks only Document
Reviewers having Texas Bar because it is absolutely aware that I have an attorney license under the state
of Illinois.

Cobra Legal Solutions blacklisted me and forced irreparable injuries upon me with its malicious and
racist intent. It is acting with its malicious and racist intent to force me into a state of homelessness and
poverty. **Cobra Legal Solutions is operating in Austin, Texas and perpetuating discrimination and
retaliation as well as badges and incidents of slavery.**

My formal EEOC and Texas Workforce Commission complaints against Cobra Legal Solutions and Paul
Diaz are forthcoming shortly.


Ms. Diaz,

I absolutely see that Cobra Legal Solutions discriminates and retaliates by alleging to seek only
Document Review attorneys with a Texas Bar. I will include that Job Vacancy in my EEOC complaint. I
will no doubt argue that it was but a mere pretext for your discrimination.

**COBRA LEGAL SOLUTIONS IS HEREBY SERVE WITH A LITIGATION HOLD NOTICE** to
hold and preserve all evidence related to the law firm and business entity for the "Texas Bared [sic]
Document Review Attorneys" job vacancy posted via Indeed on March 6, 2020. Said evidence includes
the name and contact information of all selected and employed Document Reviewers.

8/16/2021                                        Mail - GA R - Outlook

**You received a request from Cobra Legal Solutions**

Cobra Legal Solutions <donotreply@indeed.com>
Fri 7/16/2021 7:40 PM
To: G. Royal <gregoryaroyalesq@outlook.com>



CONGRATS!

# Ready to show your skills?

**Cobra Legal Solutions** has invited you to complete **1 assessment** for the
**Document Review Attorney (Remote)** position you applied to.

( Start assessment )

---

**Assessments**                                                 10 min

**Legal skills**

- Supporting legal procedures
- Preparing and organizing legal documents
- Conducting legal research
- Collecting information from clients

---

**How do assessments work?**

Employers send assessments to match on-the-job skills they're hiring for. When they
invite you to take an assessment, it means they think you might be a good candidate for
the job and want to learn more about your skills.

**How long does this take?**

8/16/2021                                     Mail - GA R - Outlook

This process should only take about 10 minutes.


Questions or concerns? Check out our FAQ.


Indeed, Inc.

6433 Champion Grandview Way, Building 1, Austin, TX 78750

Privacy Policy | Terms

I am posting for the job anyway, so that I can show damage by Cobra Legal Solutions' intentional discrimination and retaliation against me.

In discovery, I will demand the identity of the law firm and the end business client and I will notify said entities about Cobra Legal Solutions unlawful racial discrimination and retaliation against my Title VII opposition conduct.

Ms. Diaz, you are personally and individually also knowingly and intentionally discriminating and retaliating against me with your racist and malicious intent.  42 USC 1981 prohibits your unlawful conduct.

Gregory Allen Royal
8100 N. Mopac Expy., Apt. 277
Austin, Texas 78759
(737)808-6700

---

**From:** GA R <gregoryaroyalesq@outlook.com>
**Sent:** Friday, November 15, 2019 10:25 AM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Ms. Diaz,

Thank you for your response.  Have a great weekend.

Gregory

Sent from my iPhone

On Nov 15, 2019, at 10:29 AM, Paula Diaz <paula.diaz@cobralegalsolutions.com> wrote:

> Hey Gregory,
>
> Thank you for Checking in and for your continued interest in working with Cobra! I will be sure to reach out once new positions are available for review.
>
> All my best,
>
> Paula Diaz
> *Project Support*
>
> CobraLegalSolutions.com | CobrATX.com
>
> <image001.png>

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Friday, November 15, 2019 at 8:38 AM

**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Fw: Document Review Project

Hi Paula,

My project has ended and I am now available for any available projects.  Would you please confirm receipt of this email?

Thanks,
Gregory


*Gregory*

**From:** GA R <gregoryaroyalesq@outlook.com>
**Sent:** Tuesday, November 12, 2019 11:26 AM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

As of Thursday, November 14, 2019, I am available for Document Review work.

Fyi,
Gregory Allen Royal


**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project

Gregory,

Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7th**. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph.  If interested in joining the review team, kindly confirm by replying to this email and submitting the details below.

- State Bar:
- Bar Number:


All my best,

-Paula


<image002.jpg>
CobraLegalSolutions.com | CobrATX.com

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021                                    Mail - GA R - Outlook

**[Action needed] Next step for Document Review Attorney (Remote) at Cobra Legal Solutions, Remote**

Cobra Legal Solutions via Indeed <no-reply@indeed.com>
Fri 7/16/2021 8:35 PM
To:  gregoryaroyalesq@outlook.com <gregoryaroyalesq@outlook.com>

Hi G. Royal,

Congratulations, you made it to the next step for Document Review Attorney (Remote) at Cobra Legal Solutions through Indeed.

Please provide a little more information to let the employer know why you're interested.

It won't take long and it'll help them reach a decision sooner.

Answer questions from Cobra Legal Solutions

No longer interested? Close your application and we won't send you updates on this job.


Thank you,
The Indeed Team

8/16/2021                                                                        Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Fri 9/6/2019 12:24 PM
To:  GA R <gregoryaroyalesq@outlook.com>

📎 1 attachments (9 KB)
image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra! I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobraATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>

Fri 9/6/2019 12:48 PM

To: GA R <gregoryaroyalesq@outlook.com>

🔗 1 attachments (9 KB)

image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra1. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com

Mail - GA R - Outlook



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself.  I am Gregory Allen Royal.  I obtained your contact information from my friend, Michael Moore.  Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas.  I am available to start immediately.  I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log.  Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality.  My character and work ethic are that of integrity and provision of the highest level of client services.  My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review.  If you have questions/concerns, I can be reached at (737)808-6700.  Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

Mail - GA R - Outlook

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021                                         Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Fri 9/6/2019 12:48 PM
To: GA R <gregoryaroyalesq@outlook.com>

📎 1 attachments (9 KB)
image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra!. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com  |  CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021                                                Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Fri 9/6/2019 12:49 PM
To: GA R <gregoryaroyalesq@outlook.com>

Gregory,

Please excuse the confusion. My calendar is scheduled for 2:30pm CST. Please let me know if this still works for you. I have a meeting at 1:00 I can't reschedule.

All my best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



---

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Friday, September 6, 2019 at 12:47 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Ms Diaz, I am here waiting.  Was the time 12:30 p.m. CT?


*Gregory*

---

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra1. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com

8/16/2021                                           Mail - GA R - Outlook



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

Mail - GA R - Outlook

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

Mail - GA R - Outlook

## Re: Document Review Project

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Fri 11/15/2019 10:29 AM
To: GA R <gregoryaroyalesq@outlook.com>

Hey Gregory,

Thank you for Checking in and for your continued interest in working with Cobra! I will be sure to reach out once new positions are available for review.

All my best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



---

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Friday, November 15, 2019 at 8:38 AM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Fw: Document Review Project

Hi Paula,

My project has ended and I am now available for any available projects.  Would you please confirm receipt of this email?

Thanks,
Gregory

*Gregory*

---

**From:** GA R <gregoryaroyalesq@outlook.com>
**Sent:** Tuesday, November 12, 2019 11:26 AM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

As of Thursday, November 14, 2019, I am available for Document Review work.

Fyi,
Gregory Allen Royal

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project

Gregory,

Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7th**. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph.  If interested in joining the review team, kindly confirm by replying to this email and submitting the details below.

- State Bar:
- Bar Number:

All my best,

-Paula



PAULA DIAZ
// Project Support

paula@cobrals.com
O / 1 512 474 2366
C / 1 787 645 4963

[CobraLegalSolutions.com](CobraLegalSolutions.com) | [CobrATX.com](CobrATX.com)

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

**Re: Document Review Project**

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Fri 11/15/2019 10:29 AM
To: GA R <gregoryaroyalesq@outlook.com>
Hey Gregory,

Thank you for Checking in and for your continued interest in working with Cobra! I will be sure to reach out once new positions are available for review.

All my best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Friday, November 15, 2019 at 8:38 AM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Fw: Document Review Project

Hi Paula,

My project has ended and I am now available for any available projects.  Would you please confirm receipt of this email?

Thanks,
Gregory


*Gregory*

**From:** GA R <gregoryaroyalesq@outlook.com>
**Sent:** Tuesday, November 12, 2019 11:26 AM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

As of Thursday, November 14, 2019, I am available for Document Review work.

Fyi,
Gregory Allen Royal

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project

Gregory,

Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7th**. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph.  If interested in joining the review team, kindly confirm by replying to this email and submitting the details below.

- State Bar:
- Bar Number:

All my best,

-Paula



PAULA DIAZ
// Project Support

paula@cobrals.com
O / 1 512 474 2366
C / 1 787 645 4963

COBRALEGALSOLUTIONS.COM // COBRATX.com

CobraLegalSolutions.com | CobrATX.com

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

Indeed Messages

**indeed**      

## Document Review Attorney (Remote)
Cobra Legal Solutions
Remote

⋮

### Job type
- Temporary
- Full-time
- Contract
- Remote

### Salary
- $26 - $37 an hour

### Job shift
- 12 hour shift
- 8 hour shift
- 10 hour shift

<u>View full job description</u>

**Expires soon: Employer questions for Contract Attorney/Document Review at Cobra Legal Solutions, Remote**

Cobra Legal Solutions via Indeed <no-reply@indeed.com>
Mon 8/16/2021 7:31 AM
To: gregoryaroyalesq@outlook.com <gregoryaroyalesq@outlook.com>

Hi G. Royal,

Congratulations, again! You made it to the next step for Contract Attorney/Document Review at Cobra Legal Solutions through Indeed.

We noticed you haven't answered the employer questions and we want you to have the best chance to stand out.

Answer questions from Cobra Legal Solutions

The questions expire in 7 days. Answer them before you lose access and show Cobra Legal Solutions you're still interested.

Not interested? Close your application.

Thank you,
The Indeed Team