# Gregory Allen Royal, Esq.

8100 N. Mopac Expy., Apt. 277, Austin, TX 78759 • (737)808-6700 • gregoryaroyalesq@outlook.com

## Objective

An experienced IP attorney and former USPTO patent examiner with more than 5 years of
IP experience and 15 years of IT experience who appreciates challenge and welcomes immediate
responsibility seeks to leverage his diverse background to make a positive contribution and establish a
career within a future oriented and fast paced environment.

## Legal Experience

**Gregory Allen Royal, Esquire**                                                               Austin, Texas
*Attorney At Law*                                                                     April 2018 - Current

- Advised clients of their intellectual property rights regarding trademark registration, trade secrets,
  copyright, and invention patentability
- Drafted patent claims, trademark applications, and trademark and patent responses to Office
  Actions
- Drafted pleadings, motions, discovery documents, and briefs filed with federal and state courts
- Advised and represented clients in contract, family law, and personal injury disputes and
  incorporation of small businesses

*Electronic Discovery/Document Review*
- Reviewed discovery and production documents pertaining to accusations of patent infringement
  (electrical, mechanical, biotechnological, and pharmaceutical arts), antitrust matters, contract
  disputes, corporate bankruptcy and restructuring, Employee Retirement Income Security Act
  (pensions, retirement, health, and welfare plans), corporate compliance with Foreign Corrupt
  Practices Act, and oil/gas torts
- Completed privilege logging and quality control checks for final review
- Proficient in Autonomy®, Clearwell®, Concordance®, Disco™, DocHunter™, Documatrix®,
  Leverage™, Lextranet®, Relativity®, Ringtail™, Stratify™, and V3locity® eDiscovery platforms

**Toler Law Group, Intellectual Properties**                                                   Austin, Texas
*Patent Attorney*                                                                     May 2016 - April 2018

- Prosecuted more than 90 percent of patent applications to Letters Patent within two Office Action
  Responses
- Overcame 95 percent of 35 U.S.C. § 101 rejections in one Office Action Response and 100 percent
  of 35 U.S.C. § 101 rejections within two Office Action Responses
- Drafted continuing patent applications and responded to Office Actions and other correspondence
  from the USPTO
- Drafted amendments/responses under Article 34 and Rule 66 of the PCT to written opinions of the
  ISA/IPEA
- Provided confidential prosecution strategy regarding international patent application matters to
  corporate counsel and foreign associates
- Specialized in technologies including computer hardware and software, microelectronic circuits,
  memory systems, wireless communication systems, antenna design, virtual reality devices, signal
  processing, hydraulic systems, and user interfaces

**United States Patent and Trademark Office**                                              Alexandria, Virginia
*Patent Examiner*                                                           September 2013 - September 2014

- Examined patent application subject matter and related prior art within classes 374 (Thermal Measuring
  and Testing) and 73 (Measuring and Testing) for claimed invention patentability
- Drafted Office Actions based on MPEP guidelines and patent law

*G. Royal, 1 of 2*

**Jordan IP Law, LLC** · Washington, D.C.
*Independent Contract Patent Attorney (Temporary Job)* · April 2013 – September 2013
- Drafted responses to Office Actions related to technical arts such as electric power conversion systems, power supply/regulation systems, RF communication systems, optical systems, circuits, semiconductors, superconductors, data processing control systems, analog/digital processing systems, and computer hardware/software
- Drafted appeal briefs filed with and argued before the PTAB

**Oliff & Berridge, PLC** · Alexandria, Virginia
*Associate* · May 2012 – November 2012
- Prosecuted patent applications in the electrical and mechanical arts
- Coordinated foreign filings and prosecution through associates in Europe and South America
- Provided advice to clients concerning USPTO Office Actions
- Evaluated patent term adjustments related to delayed USPTO patent application examination

**Circuit Court of Cook County, Chancery Division** · Chicago, Illinois
*Judicial Externship under the Honorable Judge Jesse G. Reyes* · January 2008 – April 2008
- Verified creditor compliance with the Illinois Mortgage Foreclosure Law in more than 100 cases
- Drafted memoranda of law on Illinois law related to mortgage foreclosure

## Education

**The John Marshall Law School** · Chicago, Illinois
*LL.M., Intellectual Property Law, honors,* GPA: 3.7/4.0 · May 2009
*J.D., cum laude,* GPA: 3.5/4.0, Top 15% · January 2009
Certificate in Intellectual Property Law

*Chinese Intellectual Property Study Program, Beijing, China* · Summer 2008
Studied comparative IP protection and litigation issues between the U.S. and China

- **Moot Court Honors Council** · August 2007 – December 2008
  *National Competition* · Fall 2008
  Regional Rounds' Quarter-finalist

  *Robert F. Wagner National Labor & Employment Law Moot Court Competition* · Spring 2008
  Third Best Petitioner's Brief and Octo-finalist

  *Professor's Assistant for Herzog Moot Court Competition* · Spring 2008
  Judged students during oral arguments and coached students in Appellate Advocacy

- **Trial Advocacy and Dispute Resolution Honors Council** · August 2006 – May 2007

**University of Louisiana at Lafayette** · Lafayette, Louisiana
*B.S. Electrical Engineering (Telecommunications Option)*
*Engineer-In-Training (EIT) Certification,* Louisiana, No. 14501T

## Bar Admission

U.S. Patent and Trademark Office (reg. no. 73205) - 2014
Supreme Court of Illinois (reg. no. 6300723) - 2009

8/16/2021                                   Mail - GA R - Outlook

**[Action needed] Don't forget your next step for Document Review Attorney (Remote) at Cobra Legal Solutions, Remote**

Cobra Legal Solutions via Indeed <no-reply@indeed.com>
Sat 7/17/2021 9:04 PM
To: gregoryaroyalesq@outlook.com <gregoryaroyalesq@outlook.com>

Hi G. Royal,

Congratulations, again! You made it to the next step for Document Review Attorney (Remote) at Cobra Legal Solutions through Indeed and we want to give you the best chance to stand out.

Provide a little more information to the employer before the link expires in 7 days.

It won't take long and it'll help them reach a decision sooner.

Answer questions from Cobra Legal Solutions

Show them you're interested and respond now. Employers receive the majority of their applications in the first 3 days.

No longer interested? Close your application and we won't send you updates on this job.

Thank you,
The Indeed Team

8/16/2021                                          Mail - GA R - Outlook

## Re: Document Review Attorney (Remote) - G. Royal applied on Indeed

Cobra Legal Solutions <elizabethshockley38_5o8@indeedemail.com>

Sat 7/24/2021 7:07 AM

To: G. Royal <gregoryaroyalesq@outlook.com>

Hello G.,

Hope you are having a wonderful start to the day! Cobra Legal Solutions is having immediate and new projects lined up in the coming week and we wanted to reach out to you to check on your continued interest and availability. Please let me know if you are available for a quick call - July 24-25 using the link below and i will be sure to meet you! https://calendly.com/nithya-chandar'
Send your updated cv in PDF to HR@cobralegalsolutions.com
All my best,
Nithya Chandar, AVP, Global HR
Contact WhatsApp: +91 9840827981

View message

No longer interested? Close your application for this job.

indeed

From Cobra Legal Solutions regarding your Document Review Attorney (Remote) application

**Suspect spam or fraud?** Report this message to Indeed

By replying or using an indeedemail.com email address, you agree that this conversation will be processed and analyzed according to the Indeed Cookie Policy, Privacy Policy, and Terms of Service.

Mail - GA R - Outlook

## Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

GA R <gregoryaroyalesq@outlook.com>

Sat 8/31/2019 6:49 PM
To: paula.diaz@cobralegalsolutions.com <paula.diaz@cobralegalsolutions.com>

📎 1 attachments (145 KB)
Gregory Allen Royal Esquire _ Resume.pdf;

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,
/s/
Gregory Allen Royal, Esquire

**Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire**

GA R <gregoryaroyalesq@outlook.com>
Sat 8/31/2019 6:49 PM
To: paula.diaz@cobralegalsolutions.com <paula.diaz@cobralegalsolutions.com>

📎 1 attachments (145 KB)
Gregory Allen Royal Esquire _ Resume.pdf;

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself.  I am Gregory Allen Royal.  I obtained your contact information from my friend, Michael Moore.  Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas.  I am available to start immediately.  I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log.  Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality.  My character and work ethic are that of integrity and provision of the highest level of client services.  My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review.  If you have questions/concerns, I can be reached at (737)808-6700.  Thank you for your consideration.

Sincerely,
/s/
Gregory Allen Royal, Esquire

8/16/2021                                                        Mail - GA R - Outlook

## [REMINDER] Re: Document Review Attorney (Remote) - G. Royal applied on Indeed

Cobra Legal Solutions <elizabethshockley38_5o8@indeedemail.com>

Sun 7/25/2021 7:07 AM

To: G. Royal <gregoryaroyalesq@outlook.com>

**Reminder**: You have a message awaiting a response

Hello G.,

Hope you are having a wonderful start to the day! Cobra Legal Solutions is having immediate and new projects lined up in the coming week and we wanted to reach out to you to check on your continued interest and availability. Please let me know if you are available for a quick call - July 24-25 using the link below and i will be sure to meet you! https://calendly.com/nithya-chandar'
Send your updated cv in PDF to HR@cobralegalsolutions.com
All my best,
Nithya Chandar, AVP, Global HR
Contact WhatsApp: +91 9840827981

View message

**Please choose an option below**

Respond by replying directly to this email

I replied in a different way

This message doesn't require a response

No longer interested? Close your application for this job.

**indeed**

This email is in response to a job application submitted on Indeed

**Suspect spam or fraud?** Report this message to Indeed

By replying or using an indeedemail.com email address, you agree that this conversation will be processed and analyzed according to the Indeed Cookie Policy, Privacy Policy, and Terms of Service.

8/16/2021                                                    Mail - GA R - Outlook

**You received a request from Cobra Legal Solutions**

Cobra Legal Solutions <donotreply@indeed.com>
Thu 7/15/2021 2:21 PM
To: G. Royal <gregoryaroyalesq@outlook.com>



CONGRATS!

# Ready to show your skills?

**Cobra Legal Solutions** has invited you to complete **2 assessments** for the **Document Review Attorney (Remote)** position you applied to.

( Start assessments )

| Assessments | 20 min |
| --- | --- |

**Legal skills**

- Supporting legal procedures
- Preparing and organizing legal documents
- Conducting legal research
- Collecting information from clients

**Spreadsheets with Microsoft Excel**

- Knowledge of Microsoft Excel features, functions, and formulas

**How do assessments work?**

Employers send assessments to match on-the-job skills they're hiring for. When they invite you to take an assessment, it means they think you might be a good candidate for

the job and want to learn more about your skills.

## How long does this take?

This process should only take about 20 minutes.

Questions or concerns? Check out our FAQ.

Indeed, Inc.

6433 Champion Grandview Way, Building 1, Austin, TX 78750

Privacy Policy | Terms

Mail - GA R - Outlook

## [Action needed] Don't forget your next step for Document Review Attorney (Remote) at Cobra Legal Solutions, Remote

Cobra Legal Solutions via Indeed <no-reply@indeed.com>
Sat 7/17/2021 9:04 PM
To: gregoryaroyalesq@outlook.com <gregoryaroyalesq@outlook.com>

Hi G. Royal,

Congratulations, again! You made it to the next step for Document Review Attorney (Remote) at Cobra Legal Solutions through Indeed and we want to give you the best chance to stand out.

Provide a little more information to the employer before the link expires in 7 days.

It won't take long and it'll help them reach a decision sooner.

Answer questions from Cobra Legal Solutions

Show them you're interested and respond now. Employers receive the majority of their applications in the first 3 days.

No longer interested? Close your application and we won't send you updates on this job.

Thank you,
The Indeed Team

8/16/2021                                                    Mail - GA R - Outlook

## [Action needed] Next step for Contract Attorney/Document Review at Cobra Legal Solutions, Remote

Cobra Legal Solutions via Indeed <no-reply@indeed.com>
Sun 8/15/2021 7:06 AM
To: gregoryaroyalesq@outlook.com <gregoryaroyalesq@outlook.com>

Hi G. Royal,

Congratulations, you made it to the next step for Contract Attorney/Document Review at Cobra Legal Solutions through Indeed.

Please provide a little more information to let the employer know why you're interested.

It won't take long and it'll help them reach a decision sooner.

Answer questions from Cobra Legal Solutions

No longer interested? Close your application and we won't send you updates on this job.


Thank you,
The Indeed Team

**You received a request from Cobra Legal Solutions**

Cobra Legal Solutions <donotreply@indeed.com>
Thu 7/15/2021 2:21 PM
To: G. Royal <gregoryaroyalesq@outlook.com>



CONGRATS!

# Ready to show your skills?

**Cobra Legal Solutions** has invited you to complete **2 assessments** for the
**Document Review Attorney (Remote)** position you applied to.

( Start assessments )

---

**Assessments**                                           20 min

**Legal skills**

- Supporting legal procedures
- Preparing and organizing legal documents
- Conducting legal research
- Collecting information from clients

**Spreadsheets with Microsoft Excel**

- Knowledge of Microsoft Excel features, functions, and formulas

---

**How do assessments work?**

Employers send assessments to match on-the-job skills they're hiring for. When they
invite you to take an assessment, it means they think you might be a good candidate for

the job and want to learn more about your skills.

## How long does this take?

This process should only take about 20 minutes.

Questions or concerns? Check out our <u>FAQ</u>.

Indeed, Inc.

6433 Champion Grandview Way, Building 1, Austin, TX 78750

<u>Privacy Policy</u> | <u>Terms</u>

8/16/2021                                      Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Thu 9/5/2019 2:19 PM
To: GA R <gregoryaroyalesq@outlook.com>

🔗 1 attachments (9 KB)
image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

Mail - GA R - Outlook

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Thu 9/5/2019 2:19 PM
To: GA R <gregoryaroyalesq@outlook.com>

📎 1 attachments (9 KB)
image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra! I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>

Thu 9/5/2019 2:19 PM

To: GA R <gregoryaroyalesq@outlook.com>

📎 1 attachments (9 KB)

image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra!. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021                                    Mail - GA R - Outlook

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Thu 9/5/2019 2:19 PM
To: GA R <gregoryaroyalesq@outlook.com>

📎 1 attachments (9 KB)
image001.png;

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support
Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response.  May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you?  Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with Cobra!. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

## Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

**Paula Diaz** <paula.diaz@cobralegalsolutions.com>
Thu 9/12/2019 12:34 PM
To: GA R <gregoryaroyalesq@outlook.com>
Good afternoon Gregory,

Thank you for your continued interest in working with Cobra! I will be sure to contact you should any new project surface. Hope you have a lovely rest of your day.

All my best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Thursday, September 12, 2019 12:24 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Good day Ms. Diaz,

Just an fyi that I am available for any projects.  Thank you.

Regards,
*Gregory*

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Friday, September 6, 2019 10:48 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire
**When:** Friday, September 6, 2019 12:30 PM-1:00 PM.
**Where:** Paula to call Gegory at (737)808-6700

Gregory,

Would you be available tomorrow during Business hours? Please let me know if this time works for you. If not, we can always reschedule.

All my best,

Paula Diaz
Project Support

Cobra Legal Solutions

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, September 4, 2019 at 2:42 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Dear Ms. Diaz,

Thank you for your response. May we converse during business hours tomorrow, Thursday, 5 September 2019, at any time convenient for you? Please give me a time that is convenient for your schedule.

Regards,
*Gregory*
(737)808-6700

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, September 4, 2019 10:29 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Re: Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

Gregory

Thank you for your email and your interest in working with CobraI. I will certainly reach out to you should there be a project we can use your talents in. Please keep in mind that we are not currently staffing projects, however, we can have a chat about Cobra reviews, in order to have you set up as an available resource. Please let me know if you have some tie available this week to talk.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Saturday, August 31, 2019 at 6:50 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Electronic Document Review Attorney Position _ Gregory Allen Royal, Esquire

31 August 2019

Dear Ms. Diaz:

Please allow me to introduce myself. I am Gregory Allen Royal. I obtained your contact information from my friend, Michael Moore. Mr. Moore is or has been an Electronic Document Review Attorney for Cobra Legal Solutions.

I would like to be considered for any document review projects herein Austin, Texas. I am available to start immediately. I have more than 4 years prior experience with electronic document review at the various levels—first level, quality check, and privilege log. Please appreciate that I am very capable of beginning a project during its middle portion, reviewing the protocol and decision log(s), and producing a work product of the highest quality. My character and work ethic are that of integrity and provision of the highest level of client services. My experience and skill set would allow me to accept immediate responsibility and quickly become a productive asset to Cobra Legal Solutions.

I have attached by resume for your review. If you have questions/concerns, I can be reached at (737)808-6700. Thank you for your consideration.

Sincerely,

/s/

Gregory Allen Royal, Esquire

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021

Mail - GA R - Outlook

## Re: Document Review Project

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Wed 10/2/2019 4:26 PM
To: GA R <gregoryaroyalesq@outlook.com>

Thank you for checking in Gregory! We will keep you in consideration for other projects.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, October 2, 2019 at 2:19 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

I am currently on a project with an understanding that I will be moved over to another project after the current one. I believe that I shared that once on a project I am loyal to the current staffing and review companies, remaining until I am told there is no work for me.

I am very sorry that I cannot accept the offer at this time. Please keep me in mind for other projects. I will inform you when I am again available.

Regards,
*Gregory*

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project

Gregory,

Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7**th. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph. If

interested in joining the review team, kindly confirm by replying to this email and submitting the details below.


- State Bar:
- Bar Number:


All my best,

-Paula




PAULA DIAZ

// Project Support


paula@cobrals.com

O / 1 512 474 2366

C / 1 787 645 4963

COBRALEGALSOLUTIONS.COM // COBRATX.com

CobraLegalSolutions.com | CobrATX.com

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

## Potential Document Review Project

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Wed 11/25/2020 11:16 AM
To: Paula Diaz <paula.diaz@cobralegalsolutions.com>

Good morning,

Cobra Legal Solutions is potentially having a first level (English language) remote document review project starting this Friday. The review rate will be at $26 per hour. If interested and available to participate 40 hours a week, Kindly reply to this message with **"Interested" and confirming if you have conflicts with the listed below**. Details on the project will be shared after you have been approved to participate. **IF you are selected for this review, we will confirm via email and proceed with next steps, this will include conflicts check.**

**Conflicts:**

1. Any matters opposing Nuveen Asset Management LLC or the Teachers Insurance and Annuity Association (TIAA) or on behalf of Preston Hollow Capital, LLC.


All my best,



PAULA DIAZ
// Project Support

paula@cobrals.com
O / 1 512 474 2366
C / 1 787 645 4963

COBRALEGALSOLUTIONS.COM // COBRATX.com

CobraLegalSolutions.com | CobrATX.com

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021                                           Mail - GA R - Outlook

## Re: Document Review Project

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Wed 10/2/2019 4:26 PM
To: GA R <gregoryaroyalesq@outlook.com>
Thank you for checking in Gregory! We will keep you in consideration for other projects.

Best,


Paula Diaz
*Project Support*


CobraLegalSolutions.com | CobrATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, October 2, 2019 at 2:19 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

I am currently on a project with an understanding that I will be moved over to another project after the current one. I believe that I shared that once on a project I am loyal to the current staffing and review companies, remaining until I am told there is no work for me.

I am very sorry that I cannot accept the offer at this time. Please keep me in mind for other projects. I will inform you when I am again available.

Regards,
*Gregory*


**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project


Gregory,


Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7th**. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph. If

interested in joining the review team, kindly confirm by replying to this email and submitting the details below.

- State Bar:
- Bar Number:

All my best,

-Paula



PAULA DIAZ

*II Project Support*

paula@cobrals.com

O / 1 512 474 2366
C / 1 787 645 4963

COBRALEGALSOLUTIONS.COM // COBRATX.com

CobraLegalSolutions.com | CobrATX.com

___

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

___

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

8/16/2021                                    Mail - GA R - Outlook

## Re: Document Review Project

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Wed 10/2/2019 4:26 PM
To: GA R <gregoryaroyalesq@outlook.com>

Thank you for checking in Gregory! We will keep you in consideration for other projects.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobraATX.com



**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, October 2, 2019 at 2:19 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

I am currently on a project with an understanding that I will be moved over to another project after the current one. I believe that I shared that once on a project I am loyal to the current staffing and review companies, remaining until I am told there is no work for me.

I am very sorry that I cannot accept the offer at this time. Please keep me in mind for other projects. I will inform you when I am again available.

Regards,
*Gregory*

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project

Gregory,

Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7th**. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph. If

interested in joining the review team, kindly confirm by replying to this email and submitting the details below.

- State Bar:
- Bar Number:

All my best,

-Paula



PAULA DIAZ

*// Project Support*

paula@cobrals.com
O / 1 512 474 2366
C / 1 787 645 4963

[CobraLegalSolutions.com](CobraLegalSolutions.com) | [CobrATX.com](CobrATX.com)

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

## Re: Document Review Project

Paula Diaz <paula.diaz@cobralegalsolutions.com>
Wed 10/2/2019 4:26 PM
To: GA R <gregoryaroyalesq@outlook.com>

Thank you for checking in Gregory! We will keep you in consideration for other projects.

Best,

Paula Diaz
*Project Support*

CobraLegalSolutions.com | CobrATX.com



---

**From:** GA R <gregoryaroyalesq@outlook.com>
**Date:** Wednesday, October 2, 2019 at 2:19 PM
**To:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Subject:** Re: Document Review Project

Dear Ms. Diaz,

I am currently on a project with an understanding that I will be moved over to another project after the current one. I believe that I shared that once on a project I am loyal to the current staffing and review companies, remaining until I am told there is no work for me.

I am very sorry that I cannot accept the offer at this time. Please keep me in mind for other projects. I will inform you when I am again available.

Regards,
*Gregory*

---

**From:** Paula Diaz <paula.diaz@cobralegalsolutions.com>
**Sent:** Wednesday, October 2, 2019 9:40 AM
**To:** GA R <gregoryaroyalesq@outlook.com>
**Subject:** Document Review Project

Gregory,

Cobra Legal Solutions is starting a document review project in our HQ in Austin TX. Review will start on **Monday October 7th**. Review is estimated to las 6-8 weeks or more; Rate will be at $28ph. If

8/16/2021                                        Mail - GA R - Outlook

interested in joining the review team, kindly confirm by replying to this email and submitting the details below.

- State Bar:
- Bar Number:

All my best,

-Paula



PAULA DIAZ

*// Project Support*

paula@cobrals.com
O / 1 512 474 2366
C / 1 787 645 4963

CobraLegalSolutions.com | CobrATX.com

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

---

CONFIDENTIALITY & DISCLAIMER NOTICE: This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Cobra Legal Solutions is not a law firm. Accordingly, the employees, managers and directors do not practice law or offer legal advice or counseling of any kind.

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Gregory A. Royal<br>8100 N. Mopac Expy., #277<br>Austin, TX 78759 | From: San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |
|---|---|

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2021-00523 | Pamela Taylor,<br>Investigator | (210) 640-7558 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

For        Norma Guzman,
           Acting Field Director

8/27/2021

*(Date Issued)*

cc:  Steven H. Garrett
     Boulette Golden & Marin
     2801 VIA FORTUNA, STE 530
     Austin, TX 78746

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --**    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc: