IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 AUG 11 PM 2:21
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

| | |
|---|---|
| IN RE: COURT DOCKET | § § |
| MANAGEMENT FOR | § § |
| AUSTIN DIVISION | § § |

## ORDER

In accordance with the authority vested in the United States Magistrate Judge pursuant to Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrates, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, it is hereby ORDERED that, with regard to cases assigned to the Honorable Lee Yeakel, the following matters shall be referred to a United States Magistrate Judge for the Austin Division, allocated pursuant to the Clerk of the Court's standard procedure, for the types of actions listed below:

(1) All cases brought pursuant to 28 U.S.C. §§ 2241, 2254, and 2255, including cases in which a sentence of death was imposed, cases brought by federal prisoners and detainees challenging conditions of confinement, cases brought by prisoners pursuant to 42 U.S.C. § 1983, and cases seeking judicial review of social-security decisions, shall be assigned to a United States Magistrate Judge for the Austin Division for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A), and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

(2) In all prisoner cases brought pursuant to 42 U.S.C. § 1983 and all cases brought by federal prisoners or detainees challenging conditions of confinement in which

a trial will be had, the magistrate judge shall conduct all pretrial proceedings until such time as the pretrial order is filed by the parties and all pending motions, except those solely involving trial procedure, have been disposed of by order or recommendation. Upon filing of the pretrial order and disposition of the above-stated motions, the magistrate judge shall return the case to the district court for trial.

(3) All cases in which application to proceed *in forma pauperis* has been made, other than those cases described in paragraphs (1) and (2) above, shall be referred to a United States Magistrate Judge for the Austin Division for disposition of the application to proceed *in forma pauperis*, disposition of any motion for appointment of counsel, and for a prompt recommendation as to whether such cases should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e). Upon completion of the above tasks, the magistrate judge shall return the case to the district court for further proceedings.

This Order supersedes all prior Orders of this court regarding the above-referenced matters for the Austin Division.

SIGNED this __11th__ day of August 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE