

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

501 West Fifth Street, Suite 1100
Austin, Texas 78701
512-916-5896

Phillip J. Devlin

September 21, 2022

Gregory Royal
8100 North MoPac Expressway, Apt. 227
Austin, Texas 78759

RE:     1:21-cv-1079 LY

Dear Mr. Royal;

The court has entered an Order granting you permission to proceed *in forma pauperis* (dkt #4) and directing the clerk to issue summons.

In reviewing the Complaint (dkt #1) we note that there is no specific address provided for defendant **Paula Diaz**.   If it is your intent for the court to serve defendant **Diaz**, the court requires that a pleading that contains the full address at which the defendant may be served.   The pleading may be filed in the form of a "Notice to the Court".   Failure to comply may result in the dismissal of this action against defendant **Diaz**.

Sincerely,
CC
By: Operations Clerk