| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Gregory Royal | COURT CASE NUMBER<br>1:21-cv-01079-LY |
|---|---|
| DEFENDANT<br>Cobra Legal Solutions LLC and Paula Diaz | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cobra Legal Solutions LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1717 W. 6th Street, #112, Austin, TX 78703 or 8501 N. Mopac Expy., Austin, TX 78759

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Gregory Royal<br>8100 N. Mopac Expressway, Apt. 277<br>Austin, TX 78759 | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 80 | District to Serve<br>No. 80 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/21/22 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I  ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>09-28-22 | Time<br>1400 hrs | ☐ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>Oliver Vela 4584 USM | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS
1st Endeavor — on 09-23-2022 — At 1645 hrs 8501 N. MoPAC
2nd Endeavor on 09-28-2022 — At 1000 hrs 8501 N. MoPAC
3rd Endeavor at 09-28-2022 At 1130 hrs. 1717 W. 6th St
4th Endeavor 09-28-22 At 1400 hrs. 1717 W 6th

Form USM-285
Rev. 01/21