IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY ROYAL, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| COBRA LEGAL SOLUTIONS and PAULA DIAZ, | § § § | 1:21-CV-1079-DII |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the Court entered an order dismissing this case for lack of service under Rule 4(m). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 23, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE